FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEAL BOLING and MEGAN BOLING, a married couple,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation,<br><br>　　　　　　　　　Defendant. | No.  15-CV-0158-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 20, 2016, the parties filed a stipulated dismissal, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

　**1.**　The parties' Stipulated Order of Dismissal with Prejudice, **ECF No. 8**, is **GRANTED.**

　**2.**　All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

　**3.**　All pending motions are **DENIED AS MOOT.**

　**4.**　All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

1     **5.**    The Clerk's Office is directed to **CLOSE** this file.

2     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

3 provide copies to all counsel.

4     **DATED** this 28th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge